Century 21-Oakdale Properties et al., Appellants, v A.J. Rosati, Respondent.—Motion for reargument and clarifi-

cation denied. Memorandum: Defendant's motion for reargument was based on an order outside the record on appeal and an argument not raised in his brief on appeal. Thus, neither can be considered. Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.